# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 12-1037

_____

Fred Moore,

    Appellant,

  v.

USA 800, in its official capacity; Tom
Davis, in his official and individual
capacity; Dan Lake, in his official
and individual capacity; Tracy
Hatfield, in her official and individual
capacity,

    Appellees.

   Appeal from the United States
   District Court for the Western
   District of Missouri.

   [UNPUBLISHED]

_____

Submitted: July 3, 2012
Filed: July 11, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

  Fred Moore filed a notice of appeal designating various interlocutory district court[1] orders in his pending employment discrimination action. However, the notice

_____

  [1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

of appeal is untimely as to most of the orders, Moore is not appealing from a final order as required for jurisdiction under 28 U.S.C. § 1291, and we can find no basis upon which to entertain an interlocutory appeal.  See Kassuelke v. Alliant Techsys., Inc., 223 F.3d 929, 930-31 (8th Cir. 2000).  Accordingly, we dismiss this appeal for lack of jurisdiction.

_____